

# NUMBER 13-14-00210-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE JERRY HARTFIELD

---

## On Petition for Writ of Mandamus.

---

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Longoria**
**Order Per Curiam**

On April 7, 2014, relator, Jerry Hartfield, filed a petition for writ of mandamus through which he seeks to compel the trial court to rule on relator's application for a writ of habeas corpus pursuant to article 11.08 of the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. art. 11.08 (West, Westlaw through 2013 3d C.S.). The Court requests the real party in interest, the State of Texas, acting by and through the Criminal District Attorney for Matagorda County, Texas, to file a response to the petition for writ of mandamus on or before the expiration of seven days from today's date. *See*

TEX. R. APP. P. 52.8(b). Relator's request for immediate release from imprisonment will be carried with the case pending further order of the Court.

IT IS SO ORDERED.

PER CURIAM

Do not publish. TEX. R. APP. P. 47.2(b).

Delivered and filed the
8th day of April, 2014.